UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff** | ) |
| v. | ) Criminal No.  06-44-P-S |
| | ) |
| **ERIC CONE,** | ) |
| | ) |
| **Defendant** | ) |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 31) filed September 15, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED that the findings of fact in the Magistrate Judge's Recommended Decision (Docket No. 31) are ADOPTED and Defendant's Motion to Suppress (Docket No. 19) is DENIED.

                                               /s/ George Z. Singal
                                             Chief United States District Judge

Dated this 12th day of October, 2006.